```
                          FILED
IN RE:                                          CASE NO. 10-51420-S
                    2010 NOV 29 PM 1:37
MICHAEL J. CAPES                                CHAPTER 7
                    U.S. BANKRUPTCY COURT
        Debtor      NORTHERN DISTRICT OF OHIO   REPORT OF DIVIDEND
                          AKRON                 UNDER FIVE DOLLARS
```

    Harold A. Corzin, Trustee herein, reports that check #106 in the amount of $1.14 was issued on November 16, 2010 to the Clerk of Courts in payment of a dividend under $5.00 for the following unsecured creditor:

                                                                                     Amt. of Dividend

Claim #5      Barberton Citizens Hospital      $  1.14   *#81957*
                P O Box 71-4139                                 *$1.14*
                Columbus, OH 43271-4139                         *11/29/10*

TOTAL:                                                        $  1.14

                                                    _____
                                                    HAROLD A. CORZIN, TRUSTEE
                                                    304 N. Cleveland-Massillon Rd.
                                                    Akron, Ohio 44333
                                                    (330) 670-0770

November 22, 2010